In the Matter of JOSEPH F. LONGHWAY, as Chairman of the Democratic City Committee of the City of Oswego, Appellant, v. NELSON B. HALL, as City Clerk of the City of Oswego, et al., Respondents.

Argued September 11, 1941; decided September 11, 1941.

*Daniel C. Williams* and *Francis L. McElroy* for appellant.

*Harry C. Mizen* and *George M. Penney* for Nelson B. Hall, respondent.

*Wm. W. Gallagher* for Commissioners of Election, respondents.

Order affirmed, without costs. With reference to the amendment to section 2 of the Oswego City Court Act by chapter 69 of the Laws of 1937, see *Matter of Wing* (278 N. Y. 710). No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.